UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DONCOUSE,

                    Plaintiff,

-v-

WINGS FIRST LLC and 184 FIRST REALTY LLC,

                    Defendants.

23-CV-4413 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendants were each served on June 16, 2023. However, no appearance has been entered on either Defendant's behalf, and no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or their counsel regarding a response to the complaint.

    If Plaintiff fails by July 26, 2023 to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendants.

    SO ORDERED.

Dated: July 12, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge